UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-23324-CIV-KING

GUSTAVO B. SAMPAIO

    Plaintiff,

v.

CLIENT SERVICES, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court after conducting a Rule 16 Scheduling Conference on March 28, 2007.

As per the holding announced in open court, the above-styled matter is dismissed with prejudice. The record which articulates the Court's holding is thereby incorporated by reference. The Court ruled that the offer of settlement by Defendant is valid and resolves all issues before this Court except attorney fees and costs. Plaintiffs motion for fees and costs shall be filed within 10 days of the date of this Order.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED AND DECREED that the above-styled action is hereby DISMISSED with prejudice for the reasons set forth in open court.

...

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of March, 2008.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Counsel for Plaintiff**
Donald A. Yarbrough
2000 E Oakland Park Boulevard
Suite 105 PO Box 11842
Fort Lauderdale, FL 33339
954-537-2000
Fax: 566-2235
Email: donyarbrough@mindspring.com

**Counsel for Defendant**
Dale Thomas Golden
Golden & Scaz PLLC
2124 W Kennedy Boulevard
Suite A
Tampa, FL 33606
US
813-251-5500
Fax: 813-251-3675
Email: dale.golden@goldenscaz.com